UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DERRICK SCOTT | CIVIL ACTION NO. 10-cv-1776 |
| VERSUS | JUDGE STAGG |
| LONNIE NAIL, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 17)** and **Motion for Judgment as a Matter of Law (Doc. 23)** are **denied**, Defendants' **Motion for Summary Judgment (Doc. 24)** is **granted**, and judgment is entered dismissing Plaintiff's complaint with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 13 day of March, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE